CARLOS C. ALSINA-BATISTA (SBN 32786)
calsinabatista@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone:     888 213 0169

Attorneys for Plaintiff(s)
JOHN CAVALIERI

JASON E. MURTAGH (SBN 294830)
jason.murtagh@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:     619 239 8700
Fax:                619 702 3898

Attorneys for Defendant(s)
FRONTPOINT SECURITY SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN CAVALIERI,<br><br>                    Plaintiff(s),<br><br>     vs.<br><br>FRONTPOINT SECURITY SOLUTIONS, LLC,<br><br>                    Defendant(s). | Case No.:  21-cv-01889<br><br>**ORDER TO STAY PENDING ARBITRATION**<br><br>Judge:              John A. Mendez<br><br>Courtroom:     6, 14th Floor<br><br>Complaint Filed:    October 11, 2021 |

## ORDER

Before the court is a stipulation between the parties requesting a stay of this action pending arbitration.  WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that all proceedings in this action are stayed pending further notification from the parties concerning the conclusion of the arbitration.  Any pending dates in this case are vacated.  The parties shall file a

joint status report every ninety (90) days advising the court of the status of the arbitration proceedings. Additionally, the parties will be required to advise the court that the arbitration has concluded within thirty (30) days of that occurring.

Dated this 16th day of December, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE