Carlos C. Alsina-Batista (CA Bar #327286)
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Tel. 888-213-0169
Email calsinabatista@wajdalawgroup.com

*Attorneys for Plaintiff, John Cavalieri*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CAVALIERI,** | **NO. 2:21-CV-01889-JAM-JDP** |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT FED.R.CIV.P. 41(a)(1)(A)(i) AND REQUEST FOR ENTRY OF DISMISSAL ORDER** |
| **FRONTPOINT SECURITY SOLUTIONS, LLC,** | |
| Defendant. | |

**NOW COMES**, Plaintiff, John Cavalieri, through his undersigned attorney, and respectfully states and prays:

1.      On October 11, 2021, Plaintiff filed the complaint of caption. See ECF entry ("Dkt.") No. 1. On October 19, 2021, Plaintiff filed Defendant's waiver of service of process (Dkt. 4).

2.      Federal Rule of Civil Procedure 41 provides, in its relevant part:

- 1 -

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment**; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Fed.R.Civ.P. 41, 28 U.S.C.A. (emphasis added).

3. On December 14, 2021, the parties stipulated to the arbitration of the instant matter (Dkt. 5), a Stipulation which was granted by Order of the Court on December 20, 2021 (Dkt. 6).

4. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff respectfully notifies the voluntary dismissal of the Complaint, with prejudice with the parties each bearing their own costs of litigation and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court to GRANT the instant request for voluntary dismissal of the Complaint with prejudice.

RESPECTFULLY SUBMITTED, on this 26th day of January, 2022.

*/s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista (CA Bar No. 327286)
*WAJDA LAW GROUP, APC*
*Attorneys for Plaintiff, John Cavalieri*

1

2

3                           **CERTIFICATE OF SERVICE**

4        I hereby certify that on January 26, 2022, I electronically filed the foregoing document

5   with the Clerk of the Court through the CM/ECF system, which will send notification of such

6   filing to all attorneys of record.

7                                    **_/s/ Carlos C. Alsina-Batista_**
                                     Carlos C. Alsina-Batista
8                                    *Attorney for Plaintiff, John Cavalieri*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28