# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CAVALIERI,<br><br>Plaintiff,<br><br>v.<br><br>FRONTPOINT SECURITY SOLUTIONS, LLC,<br><br>Defendant. | NO. 2:21-CV-01889-JAM-JDP<br><br>ORDER OF DISMISSAL |

On the 26th day of January, 2022, came on to be heard the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff, John Cavalieri; and the Court, having considered the same, finds that it should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED by this Court that Plaintiff's Notice to Dismiss with Prejudice is granted, and all claims and causes of action filed in above entitled and numbered causes by Plaintiff, John Cavalieri, against Defendant, Frontpoint Security Solutions, LLC, are dismissed *with* prejudice, with the parties each bearing their own costs.

SIGNED on the 26th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE